```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DANIEL MERCADO,

                Plaintiff,

    -v-

UNITED STATES OF AMERICA,

                Defendant.

-------------------------------------------------------------X

18-cv-1525 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference with the parties on February 27, 2020. As stated during the conference, it is hereby ORDERED that the parties shall file on ECF a joint pretrial order by September 14, 2020.

The final pretrial conference is scheduled for September 17, 2020 at 4:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The parties are expected to be ready for trial on September 21, 2020 at 9:00 a.m.

SO ORDERED.

Dated: February 27, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge